IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.   16-cv-352-wmc

DANE COUNTY SHERIFF DEPARTMENT,
DANE COUNTY BOARD OF
SUPERVISORS, SHERIFF DAVE
MAHONEY, WIMIC INSURANCE
COMPANY, MRS. ANHALT, JOE PARISI,
SERGEANT OLSEN, SERGEANT
SKERPENSKI and DEPUTY MERRILL,

    Defendants,

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/   2/13/2018

Peter Oppeneer, Clerk of Court   Date