UNITED STATES DISTRICT COURT
for the
<u>Western</u> DISTRICT OF <u>Wisconsin</u>

Name(s) of plaintiff(s): MS. Roy Mitchell

Plaintiff(s)

v.

Name(s) of defendant(s): David Mahoney et al;

Defendant(s)

Case No. 16-CV-352-WMC

DOC NO
REC'D/FILED
2018 FEB 20 PM 12:32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

## NOTICE OF APPEAL

Notice is hereby given that <Name all parties taking the appeal>, [plaintiffs] [defendants] in the above named case <See Rule 3(c) for permissible ways of identifying appellants.>, hereby appeal to the United States Court of Appeals for the <7th> Circuit [from the final judgment] [from an order <describing it>] entered in this action on <Date>. 2-13-2018

Date: 2-13-2018

<Signature of the attorney or unrepresented party>
<Printed name>
Attorney for <party>
<Address>
<E-mail address> l;samitchell626@gmail.com
<Telephone number> 608-210-9092

cc: Defendant's Named Counsel via mail