DOC NO
REC'D/FILED

2018 APR 20 AM 10: 09

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# NOTICE OF APPEAL TO A COURT OF APPEALS
# FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

MS. Roy Mitchell
Plaintiff(s),

v.

Dave Mahoney, et al.,
Defendant(s)

File Number 16-CV-352-WMC

Notice of Appeal

Notice is hereby given that (here name all parties taking the appeal) (plaintiffs) (defendants) in the above named case, * hereby appeal to the United States Court of Appeals for the 7th Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 17 day of April, 2018

(s) Roy Mitchell
Attorney for pro se plaintiff
Email Address: lisamitchell626@gmail.com

CC: so Named Defendant's Representation Counsel via U.S. Mailing 4-17-2018